

Raymond KOENIG, Appellant,

v.

B. J. RHAY, Superintendent, Washington State Penitentiary, Walla Walla, Washington, Appellee.

No. 15703.

United States Court of Appeals Ninth Circuit.

Aug. 5, 1958.

John A. Gose, Walla Walla, Wash., for appellant.

John J. O'Connell, Atty. Gen., for appellee.

Before MATHEWS, FEE and BARNES, Circuit Judges.

PER CURIAM.

This appeal is from an order denying an application of appellant for a writ of habeas corpus. The order is affirmed.

Albert D. Brandon, Pittsburgh, Pa. (Frederic G. Weir, Calvin K. Prine, Oliver, Brandon & Shearer, Pittsburgh, Pa., on the brief), for appellee.

Before KALODNER, STALEY and HASTIE, Circuit Judges.

PER CURIAM.

In an action by an employee of the defendant under the Federal Employers' Liability Act, 45 U.S.C.A. § 51 et seq., the jury found in his favor and awarded damages of $45,000.00. Defendant's motion for a new trial was denied and this appeal followed.

The issues presented are whether certain medical testimony was properly admitted and whether the District Court properly charged the jury with respect to future medical and hospital expenses.

On review of the record we find no basic or prejudicial error in the admission of the medical testimony complained of or in the District Court's instructions to the jury with respect to future medical and hospital expenses.

The Order of the District Court, 155 F.Supp. 601, denying defendant's motion for a new trial will be affirmed.

Smith H. TAYLOR

v.

The MONONGAHELA RAILWAY COMPANY, Appellant.

No. 12490.

United States Court of Appeals Third Circuit.

Argued June 12, 1958.

Decided July 14, 1958.

John David Rhodes, Pittsburgh, Pa. (Pringle, Bredin & Martin, Pittsburgh, Pa., on the brief), for appellant.